## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JASON COMITZ,

    Petitioner,

v.                                                                             No. 1:23-cv-00241-KWR-DLM

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO, FNU
VIGIL-RICHARDSON,

    Respondents.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order Confirming Voluntary Dismissal (**Doc. 5**) filed **August 1, 2023**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

 

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**